UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHROMA H. LANG,

      Plaintiff,

 v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

      Defendant.

CASE NO. C19-5187-MAT

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

   Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

   (1) The Clerk is directed to issue summonses to plaintiff.

   (2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

   DATED this 13th day of March, 2019.

                Mary Alice Theiler
                United States Magistrate Judge

ORDER GRANTING IN
FORMA PAUPERIS APPLICATION
PAGE - 1